IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN E. SIGNOR**, | : | **CIVIL ACTION NO. 1:13-CV-2627** |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **JOHN DOE #1**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 15th day of July, 2014, upon consideration of defendant's motion (Doc. 10) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 10) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant and against plaintiff, and to CLOSE the above-captioned case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania